680

Gertrude HANNERS et al., Appellants,

v.

Edward L. ANDRIOT et al., Appellees.

Court of Appeals of Kentucky.

Feb. 5, 1954.

Everett H. Metcalf, Jr., Wallace & Hopson, Henry D. Hopson, Louisville, for appellants.

Eugene B. Cochran, Louisville, for appellees.

PER CURIAM.

Motion for an appeal from the Jefferson Circuit Court, Chancery Branch, First Division, Macauley L. Smith, Judge.

We are affirming the judgment for $1,473.67 because we find no error prejudicial to the appellants' substantial rights.

The motion for an appeal is overruled and the judgment is affirmed.